UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Arne Henry Mahlberg, | File No. 24-cv-4664 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, | |
| Respondent. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on January 21, 2025. ECF No. 8. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

2. Petitioner Arne Henry Mahlberg's petition for habeas corpus [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

3. Petitioner Mahlberg's Application to Proceed *in forma pauperis* [ECF No. 2] is **DENIED** as moot; and

4. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2025
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court